IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DALLAS WELDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:17cv229-CDL-SRW |
| | ) |
| AM PM FOODMART, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on the parties' joint stipulation of dismissal with prejudice (Doc. 15), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on August 3, 2017. Upon consideration of the same, it is hereby

ORDERED that the Clerk of Court is DIRECTED to close this case. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

DONE, on this the 9th day of August, 2017.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge